UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| April Norman | : |
| | : |
| | : |
| v. | : No: 3:16-cv-00253(JAM) |
| | : |
| Bayer Corporation, Bayer A.G., | : |
| Bayer Corporation, Bayer Essure, Inc., | : |
| Bayer Healthcare LLC | : |

## **JUDGMENT**

This matter came for consideration before the Honorable Jeffrey Alker Meyer, United States District Judge. On May 31, 2016, the defendants filed motions to dismiss in this action.

Judge Jeffrey Alker Meyer, having considered the full record of the case, entered an Order on July 26, 2016, granting the motions to dismiss.

ORDERED, ADJUDGED and DECREED that the action is dismissed and the case is closed.

Dated at New Haven, Connecticut this 28th day of May 2016.


EOD:  July 28, 2016

ROBIN D. TABORA, Clerk


By /s/ Yelena Gutierrez
Yelena Gutierrez
Deputy Clerk