### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| April Norman, an individual, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:16-CV-00253 (JAM) |
| ) | |
| vs. ) | |
| ) | |
| BAYER, CORP., an Indiana corporation; ) | NOTICE OF APPEAL |
| BAYER HEALTHCARE LLC, a Delaware ) | August 25, 2016 |
| corporation; BAYER ESSURE®, INC., (F/K/A ) | |
| CONCEPTUS, INC.) a Delaware corporation; ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., a Delaware corporation; BAYER A.G., a ) | |
| German corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that April Norman, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on the 26th day of July, 2016 [Docket #52], granting Defendants' motion to dismiss Plaintiffs' complaint and denying Plaintiff leave to amend.

Dated August 25, 2016

    Respectfully submitted,

    By  /s/ G. Sean Jez
    G. Sean Jez phv08063 tx00796829
    Jessica A. Kasischke phv08133 tx24083294
    David Hobbs phv08276 tx24074420
    **FLEMING | NOLEN | JEZ, LLP**
    2800 Post Oak Blvd., Ste. 4000
    Houston, Texas 77056
    Tel.: (713) 621-7944
    Fax: (713) 621-9638
    sean_jez@fleming-law.com
    jessica_kasischke@fleming-law.com
    david_hobbs@fleming-law.com

2

        David M. Bernard ct27564
        **KOSKOFF, KOSKOFF & BIEDER, P.C.**
        350 Fairfield Avenue, 5TH Fl.
        Bridgeport, CT 06604
        Tel.  203-336-4421
        Fax:  203-368-3244
        dbernard@koskoff.com

*Counsel for Plaintiff April Norman*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on August 25, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

              By  /s/ G. Sean Jez
                G. Sean Jez