**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand and eighteen.

_____

April Norman, an individual

          Plaintiff - Appellant,

v.

Bayer Corporation, an Indiana corporation, Bayer Healthcare LLC, a Delaware corporation, Bayer Essure, Inc., a Delaware corporation, FKA Conceptus, Inc., Bayer Healthcare Pharmaceuticals, Inc, a Delaware corporation, Bayer A.G., a German corporation,

          Defendants - Appellees.
_____

**ORDER**

Docket No. 16-2966

      Appellant moves for voluntary dismissal of the appeal with prejudice, with each side to bear its own costs.

      IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/29/2018